# WALLAHAN *v.* THE PEOPLE.

(April Term, 1867.)

1. RECORD—*what constitutes.* A bill of exceptions in a suit at law, or a certificate of evidence in a chancery cause, when properly filed, becomes a part of the record in that cause.

2. AMENDMENTS OF RECORDS—*notice.* If a party desires an amendment or correction of the record in a cause after the term at which the judgment was rendered therein, application for that purpose must be made in open court, and upon notice to the opposite party.

3. SAME—*if improperly made, will be stricken out.* So if an additional or amended bill of exceptions should be procured to be signed in vacation, after the trial, and without notice, it will be stricken from the record on motion in this court.

It appearing that an additional record had been filed in this cause by the appellee, Mr. R. E. WILLIAMS, for the appellants, entered a motion to strike the same from the files.

Per CURIAM : The amended record filed purports to be an additional bill of exceptions, signed in vacation, a year and a half after the trial of the cause, and without notice to the opposite counsel; it must be stricken from the files. If a party desires the amendment or correction of a record after the term at which the cause was tried, he should, on proper notice, apply in open court, and have the amendment appear from an order of court entered in term time. The record, as it appears in the Circuit Court, cannot be altered except by an order of the same court, made in term time. A bill of exceptions in a proceeding at law, or a certificate of evidence in a chancery cause, when properly filed, becomes a part of the record in that cause; and an amendment of the bill already signed, on the filing of a supplemental bill of exceptions, is such an alteration of the record as can be made only upon the order of the court.